UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

RE:   CIVIL ACTION NO. *04-30006-KPN*

TITLE *Thomas Kennedy vs Commonwealth of Mass. et al*

NOTICE

Not all parties having consented to the assignment of this case to the Mag. Judge, the case has been randomly re-drawn to JUDGE *Michael A. Ponsor* for all further proceedings. From this date forward the number on all filings should be followed by the letters *MAP*.

Thank you for your cooperation in this matter.

TONY ANASTAS,
Clerk

By *Mary Finn*

DATE: *March 22, 2004*

COPIES TO:   Counsel, Systems Administrator