UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION No. 04-30006-KPN

Thomas Kennedy,
PLAINTIFF
v.
Certain John Does, Commonwealth of Massachusetts, County of Hampden, Hampden County Correctional Center, Michael Ashe, Jr. and Thomas Conklin,
DEFENDANTS

**Joint Statement of Parties**

Pursuant to the Notice of Scheduling Conference, dated March 17, 2004, the parties hereby jointly propose the following Discovery Plan:

1. Within fourteen (14) days after the Scheduling Conference, each party will make the Automatic Disclosures required by Fed.R.Civ.P. 26(a)(1).

2. The parties will serve interrogatories and requests for production of documents no later than July 28, 2004.

3. The parties will serve notices of depositions and requests for admissions no later than November 28, 2004.

4. All depositions and other discovery will be completed no later than January 28, 2005.

5. Motions for Summary Judgment will be filed, if at all, by February 28, 2005.

6.    Final Pretrial Conference, if necessary, shall be scheduled for Monday, March 28, 2005.

*Alfred P. Chamberland* /KAD
Alfred P. Chamberland
BBO # 564151
9 Campus Lane – P.O. Box 217
Easthampton, MA 01027
(413) 529-0404

*Edward J. McDonough, Jr.* /KAD
Edward J. McDonough, Jr.
BBO # 331590
EGAN, FLANAGAN AND COHEN, P.C.
67 Market Street
Post Office Box 9035
Springfield, MA 01102
(413) 737-0260;
Fax: (413) 737-0121

2866-010803\67990.wpd