AO 456 (Rev. 5/85) Notice

# UNITED STATES DISTRICT COURT

_____ DISTRICT OF  MASSACHUSETTS

| THOMAS KENNEDY | |
|---|---|
| V. | **NOTICE** |
| COMMONWEALTH OF MASS., et al. | CASE NUMBER: 04-30006-MAP |

TYPE OF CASE:

|  :  **CIVIL** | **CRIMINAL** |
|---|---|

☒ **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| 1550 Main Street | Courtroom Three |
| Springfield, Massachusetts 01103 | DATE AND TIME |

TYPE OF PROCEEDING

INITIAL SCHEDULING CONFERENCE

: **TAKE NOTICE** that a proceeding in this case has been continued as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO DATE AND TIME |
|---|---|---|
| Courtroom Three | **4/28/04 at 11:00 a.m.** | **MAY 3, 2004 AT 10:30 A.M.** |

TONY ANASTAS, CLERK

U.S. MAGISTRATE JUDGE OR CLERK OF COURT

| April 22, 2004 | /s/ Bethaney A. Healy |
|---|---|
| DATE | (BY) DEPUTY CLERK |

TO:    All Counsel of Record