AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

_Western_ DISTRICT OF _MASSACHUSETTS_

_Kennedy_
_v._
_Commonwealth et al._

**APPEARANCE**

Case Number: _04-30006-KPN_

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for _Thomas Kennedy_

I certify that I am admitted to practice in this court.

Date _5/3/04_

Signature

Print Name: _Richard A. Hishhab_  Bar Number: _643204_

Address: _P.O. 217_

City: _Easthampton_  State: _MA_  Zip Code: _01027_

Phone Number: _(413) 529-0404_  Fax Number: _529-0347_