UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

THOMAS KENNEDY,                )
         Plaintiff     )
                               )
v.                             )      Civil Action No. 04-30006-MAP
                               )
                               )
COMMONWEALTH OF MASS., et al., )
         Defendants    )

SCHEDULING ORDER
May 3, 2004

NEIMAN, U.S.M.J.

The following schedule was established at the initial scheduling conference held this day:

1. The parties shall complete their automatic disclosure by May 17, 2004.

2. Interrogatories and requests for production of documents shall be served by July 28, 2004.

3. Deposition notices and requests for admission shall be served by November 24, 2004.

4. All depositions shall be completed by January 28, 2005.

5. Counsel shall appear for a case management conference on February 3, 2005, at 10:00 a.m. in Courtroom Three.

IT IS SO ORDERED.

                        /s/ Kenneth P. Neiman
                        KENNETH P. NEIMAN
                        U.S. Magistrate Judge

Case 3:04-cv-30006-MAP     Document 11     Filed 05/03/2004     Page 2 of 2