UNITED STATES DISTRICT COURT
WESTERN MASSACHUSETTS DISTRICT

CIVIL ACTION NUMBER: 04-30006-KPN

THOMAS KENNEDY
PLAINTIFF
V.
COMMONWEALTH OF MASSACHUSETTS, COUNTY OF HAMPDEN
HAMPDEN COUNTY CORRECTIONAL CENTER
MICHAEL ASHE, JR., SHERIFF OF HAMPDEN COUNTY
THOMAS CONKLIN, SUPERINTENDENT OF HEALTH SERVICES OF
HAMPDEN COUNTY CORRECTIONAL CENTER,
AND CERTAIN JOHN DOES
DEFENDANTS

### LOCAL RULE 16.1(D)(3) CERTIFICATION.

Pursuant to Local Rule 16.1 (D), that defendant's counsel hereby affirms that he has conferred with the defendant regarding establishing a budget for the cost of conducting the full-course and various alternative courses for the litigation and concerning the resolution of the litigation through the use of alternative resolution programs such as those outlined in Local Rule 16.4.

*Katherine Day*
Attorney for the Defendants
Edward J. McDonough, Jr., Esq., BBO# 331590
Katherine A. Day, BBO# 657765
EGAN, FLANAGAN AND COHEN, P.C.
67 Market Street - Post Office Box 9035
Springfield, MA 01102
(413) 737-0260; Fax: (413) 737-0121

*Katherine Day* certifies that copies of the foregoing document was served on all parties by fax/mail on 5/5/2004.