UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

THOMAS KENNEDY,            )
       Plaintiff   )
                   )
v.                         )   Civil Action No. 04-30006-MAP
                   )
                   )
COMMONWEALTH OF MASS., et al.,  )
       Defendants  )

FURTHER SCHEDULING ORDER
February 3, 2005

NEIMAN, U.S.M.J.

The following schedule was established at the case management conference this day:

1. By February 10, 2005, Defendants' counsel shall explain to the court in writing his absence today.

2. Plaintiff shall designate and disclose information regarding his trial experts as required by FED. R. CIV. P. 26(a)(2) by March 25, 2005.

3. Defendants shall designate and disclose information regarding their trial experts as required by FED. R. CIV. P. 26(a)(2) by April 22, 2005.

4. All expert depositions shall be completed by March 27, 2005.

5. Counsel shall appear for a case management conference on June 8, 2005, at 2:30 p.m. in Courtroom Three.

IT IS SO ORDERED.

                                                  /s/ Kenneth P. Neiman
                                                  KENNETH P. NEIMAN
                                                  U.S. Magistrate Judge