UNITED STATES DISTRICT COURT
WESTERN MASSACHUSETTS DISTRICT
CIVIL ACTION NO. 04-30006-MAP

THOMAS KENNEDY
PLAINTIFF
V.
CERTAIN JOHN DOES, COMMONWEALTH OF MASSACHUSETTS,
COUNTY OF HAMPDEN, HAMPDEN COUNTY CORRECTIONAL
CENTER, MICHAEL ASHE, JR. AND THOMAS CONKLIN
DEFENDANTS

### REPORT OF DEFENDANT'S COUNSEL REGARDING FAILURE TO APPEAR AT CASE MANAGEMENT CONFERENCE

Counsel for the Defendants in the above-captioned matter reports to this Court that he was not present for the February 3, 2005 Case Management Conference due to an administrative error. When the Scheduling Order dated May 3, 2004 was received in this office, it was entered into our automated calendar system by an attorney in this office, Katherine J. Day, who is currently out on maternity leave, instead of a member of my support staff. The entry was erroneously made as a "reminder" and not as an "event" on the schedule, and as a result, did not appear on my calendar.

In order to avoid this happening in the future, we have instituted a procedure in which a staff member will manually verify that all court appearances appear on the calendar after being entered through the computer docket.

I sincerely regret this error and any inconvenience this caused the court.

_____
Attorney for the Defendants
Edward J. McDonough, Jr., Esq.
EGAN, FLANAGAN AND COHEN, P.C.
67 Market Street - Post Office Box 9035
Springfield, MA 01102
(413) 737-0260; Fax: (413) 737-0121
BBO# 331590

_____ certifies that copies of the foregoing document was served on all parties by fax/mail on 2/17/2004.
2866-010803\85715.wpd