UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THOMAS KENNEDY,<br>            Plaintiff<br><br>    v.<br><br>COMMONWEALTH OF MASSACHUSETTS, COUNTY OF HAMPDEN, HAMPDEN COUNTY CORRECTION CENTER, MICHAEL ASHE, JR., and THOMAS CONKLIN,<br>            Defendants | Civil Action No. 04-30006-MAP |

SCHEDULING ORDER
June 8, 2005

NEIMAN, U.S.M.J.

The following schedule was established at the case management conference this day:

1. Defendants shall file their motion for summary judgment by July 29, 2005, or inform the court in writing by that date that no such motion will be filed.

2. Plaintiff shall file his opposition to Defendants' motion, if any, by August 15, 2005, to which Defendants may reply by August 23, 2005.

IT IS SO ORDERED.

                                    /s/ Kenneth P. Neiman
                                    KENNETH P. NEIMAN
                                    U.S. Magistrate Judge