UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-30006-MAP

THOMAS KENNEDY
PLAINTIFF
V.
CERTAIN JOHN DOES, COMMONWEALTH OF MASSACHUSETTS,
COUNTY OF HAMPDEN, HAMPDEN COUNTY CORRECTIONAL
CENTER, MICHAEL ASHE, JR. AND THOMAS CONKLIN
DEFENDANTS

## APPENDIX TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

| Exhibit | Document | Page |
|---|---|---|
| 1 | Verified Complaint | 1 |
| 2 | Defendant's Answers to Plaintiff's Interrogatories | 21 |
| 3 | Answer | 8 |
| 4 | Incident Report Form 1/12/01 | 40 |
| 5 | Plaintiff's Answers to Defendant's Interrogatories | 41 |
| 6 | Hampden County Correctional Center Medical Records | 52 |
| 7 | G.L. c. 258 § 4 | 71 |
| 8 | 2/5/01 Dr. Adler Report | 72 |
| 9 | 5/17/01 Dr. Lellman Report | 73 |
| 10 | 3/23/01 Dr. Lellman Report | 74 |
| 11 | Kennedy Deposition Transcript | 75 |

Respectfully submitted, the Defendants

By Their Attorneys
Edward J. McDonough, Jr., Esq. BBO# 331590
Katherine J. Aertker, Esq., BBO# 657765
Egan, Flanagan and Cohen, P.C.
67 Market Street - Post Office Box 9035
Springfield, MA 01102
(413) 737-0260; Fax: (413) 737-0121

The above swears under the pains and penalties of perjury that the attached are true and accurate copies.

0056-010803\95200.wpd