UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

THOMAS KENNEDY

CASE NO. 04-30006 - MAP

V.

COMM. OF MASSACHUSETTS

## NOTICE OF HEARING

PLEASE TAKE NOTICE that the above-entitled case has been set for a HEARING ON MOTION FOR SUMMARY JUDGMENT on November 21, 2005 at 3:00 PM before Michael A. Ponsor, U.S. D.J In Courtroom # __1__ on the __5th__ floor.

SARAH THORNTON
CLERK OF COURT

9/20/05
Date

By: /s/ Elizabeth A. French
Deputy Clerk

Notice sent to:

All counsel of record via mail and electronically

(Notice of Hearing.wpd - 7/99)        [kntchrgcnf.]
                                       [ntchrgcnf.]