## UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

THOMAS KENNEDY,

    Plaintiff(s)

        v.                CIVIL ACTION NO. 3:04 -30006 -MAP

COMMONWEALTH OF
MASSACHUSETTS, ET AL.,

    Defendant(s)

### JUDGMENT IN A CIVIL CASE

**Michael A. Ponsor, D.J.**

[ ]    **Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[X]    **Decision by the Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED**

**JUDGMENT** entered for the defendants Commonwealth of Massachusetts, et al, against the plaintiffs Thomas Kennedy, pursuant to the court's memorandum and order entered this date, granting the defendants motion for summary judgment on count I with prejudice, and judgment on all remaining counts without prejudice.

                                              **SARAH A. THORNTON**,
                                              CLERK OF COURT

Dated: November 23, 2005          By  */s/ Maurice G. Lindsay*
                                              Maurice G. Lindsay
                                              Deputy Clerk